IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEARNEY TOWING AND REPAIR CENTER, INC., | |
| Plaintiff, | 7:25CV5004 |
| vs. | SHOW CAUSE ORDER |
| EGO EXPRESS, INC., and URO EXPEDITE, LLC, | |
| Defendants. | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Moreover, a complaint must be served within 90 days of filing the lawsuit.

A notice of removal was filed on April 8, 2025, removing the complaint filed on or about February 19, 2025 in the District Court of Buffalo County, Nebraska. Filing No. 1. The removing defendant, Ego Express, Inc., filed an answer on April 11, 2025. Filing No. 9. No return of service has been filed for Defendant URO Expedite, LLC and no answer or other responsive pleading has been filed. Plaintiff must timely serve all defendants and has general duty to prosecute the case by taking other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until August 4, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 21st day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge