IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEARNEY TOWING AND REPAIR CENTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EGO EXPRESS, INC., and URO EXPEDITE, LLC, <br><br> Defendants. | 7:25CV5004 <br><br> **ORDER OF DISMISSAL** |

    This matter is before the Court on Plaintiff Kearney Tire and Repair Center, Inc. and Defendant Ego Express, Inc.'s Joint Stipulation to Dismiss Without Prejudice ([Filing No. 19](#)). The plaintiff requests that its complaint be dismissed in its entirety. Defendant URO Expedite, LLC has not been served nor made an appearance, therefore its signature on the stipulation is not required. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Having considered the matter, the Court will accept the stipulation. Accordingly,

    **IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

    Dated this 30th day of October, 2025.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge